THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JANE GILBERT, Appellant.— Judgment of the Court of Special Sessions of the City of New York,

Borough of Brooklyn [County of Kings], convicting defendant of the crime of bookmaking in violation of section 986, Penal Law, unanimously affirmed. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Davis and Johnston, JJ.